**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ariel Armenta, | **NO. CV-25-00407-PHX-MTL** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| WillScot Mobile Mini Holdings Corporation, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed March 30, 2026, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

March 30, 2026

s/ K. Gray
By   Deputy Clerk